■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNY HERNANDEZ, Appellant.—Judgment, Supreme Court, New York County (Herbert Altman, J.), rendered on May 22, 1984, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. No opinion. Concur—Murphy, P. J., Sandler, Asch, Kassal and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE DENEGAL, Appellant.—Judgment, Supreme Court, New York County (Shirley Levittan, J.), rendered on September 15, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Sullivan, Carro and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY PICKETT, Appellant.—Judgment, Supreme Court, Bronx County (Burton Hecht, J.), rendered on December 8, 1981, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Sullivan, Carro and Lynch, JJ.

■ In the Matter of ROBERT M. MORGENTHAU, Petitioner, v GEORGE ROBERTS et al., Respondents.—Upon remittitur from the Court of Appeals, proceeding converted into an action for declaratory judgment, and judgment granted declaring that the Supreme Court had no authority to dismiss the felony complaint. No opinion. Concur—Kupferman, J. P., Ross, Carro, Lynch and Kassal, JJ.